Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Kay Villarosa,**  Plaintiff, | ) ) ) |
| vs. | ) Case Number: **10-2105** ) ) |
| **W Newell & Co LLC,**  Defendant | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion for summary judgment [42] is GRANTED.  The motion to strike Villarosa's exhibits [48] is moot.  This case is terminated.  The parties shall bear their own costs.

**Dated:**  September 20, 2011

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court